UNITED STATES of America, Plaintiff–Appellee,

v.

Kenyata BURTON, Defendant–Appellant.

No. 08–10048

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 3, 2008.

Joseph P. Montminy, Birmingham, AL, for Plaintiff–Appellee.

---

**860**

Alison Wallace, Pelham, AL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Kenyata Burton in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Burton's revocation of supervised release and resulting sentence are **AFFIRMED.**